**Dismissed and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00181-CV

## IN THE INTEREST OF W.A.B., III, A CHILD

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04887**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 7, 2017. On April 5, 2018, and again on May 8, 2018, this court ordered appellant to pay the appellate filing fee on or before May 15, 2018, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.